UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: VICTOR J. KIRSCH
and CYNTHIA R. KIRSCH

§
§
§
§
§

Case No. 09-34116
Hon. EUGENE R. WEDOFF
Chapter 7

Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street - 7th Floor - Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection, serve a copy of the objections upon the trustee, any party whose Application is being challenged and the United States Trustee. A hearing on fee applications and any objection to the Final Report will be held at 10:00 a.m. on MARCH 30, 2010 in Courtroom 744 Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

By: Clerk US Bankruptcy Court
(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St. - Suite 910 - Chicago, IL 60603

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: VICTOR J. KIRSCH and CYNTHIA R. KIRSCH

Case No. 09-34116
Hon. EUGENE R. WEDOFF
Chapter 7

Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $8,001.61 |
| and approved disbursements of | $0.00 |
| leaving a balance on hand of [1] | $8,001.61 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---:|
| NONE | $0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee   ALLAN J. DeMARS | $1,550.16 | $12.30 |
| Attorney for trustee   ALLAN J. DeMARS | $1,760.00 | |
| Appraiser | | |
| Auctioneer | | |
| Accountant | | |
| Special Attorney for trustee | | |
| Charges,   U.S. Bankruptcy Court | | |
| Fees, United States Trustee | | |
| Other | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor* | | |
| *Attorney for* | | |
| *Accountant for* | | |
| *Appraiser for* | | |
| Other | | |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____$0.00_ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| None | | | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling _____$69,058.36_ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be __6.8_ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Wells Fargo Bank NA as trustee of Wa Mu | $55,938.64 | $3,790.20 |
| 2 | PRA Receivables Mgmt. agent; successor to HSBC Bank(Nevada) | $13,119.72 | $888.95 |

UST Form 101-7-NFR (9/1/2009)

Tardily filed claims of general (unsecured) creditors totaling ___$0.00___ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be ___0___ percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| None | | | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling ___$0.00___ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ___0___ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| None | | | $0.00 |

The amount of surplus returned to the debtor after payment of all claims and interest is ___$0.00___.

Prepared By: Allan J. DeMars
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St. - Suite 910
Chicago, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: kscott                 Page 1 of 1                  Date Rcvd: Feb 22, 2010
Case: 09-34116                Form ID: pdf006              Total Noticed: 17

The following entities were noticed by first class mail on Feb 24, 2010.
db/jdb        +Victor J. Kirsch,    Cynthia R. Kirsch,    630 Beach Ave.,    La Grange, IL 60526-5754
aty           +John J Lynch,    Law Offices of John J Lynch, P.C.,    801 Warrenville Road, Suite 560,
                Lisle, IL 60532-4321
tr            +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
14452501       Amer Gen Fin,    Unit F,    Villa Park, IL 60181
14452502      +Bankcard Svr,    Po Box 1111,    Madison, WI 53701-1111
14452503      +Central Federal Savings & Loan,    5953 W. Cermak Rd.,    Cicero, IL 60804-2190
14452504      +Florida Default Law Group,    9119 Corporate Lake Drive,    Suite 300,    Tampa, FL 33634-2380
14452505      +Fnb Lagrange,    ATTN: Cathy Hunkeler, Sr. VP,    620 Burlington,    La Grange, IL 60525-2228
14452506      +Grand Bear Lodge LLC,    15811 Annico Drive,    Suite 4,    Lockport, IL 60491-9337
14452507      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
14452508      +Hsbc/Carsn,    Pob 15521,    Wilmington, DE 19850-5521
14978471      +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Union,
                POB 41067,    NORFOLK VA 23541-1067
14452509      +Wells Fargo,    P O Box 31557,    Billings, MT 59107-1557
14975061      +Wells Fargo Bank, NA as Trustee for WaMu,    Mortgage Pass-Thru Cert Series 2005-PR4,
                c/o JP Morgan Chase Bank, NA,    7255 Baymeadows Way, Mail Stop JAXB2007,
                Jacksonville, Florida 32256-6851
14452510      +Wlsfgr Hmmtg,    7255 Baymeadows Wa,    Jacksonville, FL 32256-6851
14452511      +Wshngtn Mutl,    7757 Bayberry Rd,    Jacksonville, FL 32256-6816
14452512      +Wshngtn Mutl,    3990 S. Babcock,    Melbourne, FL 32901-8902

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 24, 2010**                         **Signature:**   *Joseph Speetjens*